**United States District Court**
For the Northern District of California

1

2

3                          IN THE UNITED STATES DISTRICT COURT

4                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7    DAPHNYE S. LUSTER,                        No. C 16-1688 MEJ  (PR)

              Plaintiff,                       **ORDER OF TRANSFER**

8

9         v.

10   RAUL H. AMEZCUA, et al.,

              Defendants.

11

12   _____/

13        This is a civil rights case brought pro se by a California state prisoner.  Plaintiff

14   describes events that occurred at Central California Women's Facility in Chowchilla,

15   California, which is located in Madera County.  All events occurred within the venue of the

16   United States District Court for the Eastern District of California, and the defendants are

17   located there as well.  Venue, therefore, properly lies in that district and not in this one.  See

18   28 U.S.C. § 1391(b).

19        Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action

20   is TRANSFERRED to the United States District Court for the Eastern District of California.

21   The Clerk of the Court is directed to transfer the case forthwith.  In view of the transfer, the

22   Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

23

24        IT IS SO ORDERED.

25

     DATED:  April 18, 2016

26                                             _____
                                               Maria-Elena James
                                               United States Magistrate Judge
27

28